**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: PRIVATE CRIMINAL COMPLAINT | : | No. 66 MAL 2022 |
| PETITION OF PAUL A. BROWN | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: PAUL A. BROWN | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.